IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SMART COMMUNICATIONS
HOLDING, INC.                                                                                    PLAINTIFF

v.                                          Case No. 4:20-cv-4112

MARK TURNER and
RICK FERGUSON                                                                                   DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion to Stay Pending Resolution of Related Litigation. ECF No. 27. The parties request that the Court stay all deadlines in this case pending the resolution of related litigation in the United States District Court for the Middle District of Florida, which is set for trial in January 2022. The parties state that "the outcome of the Florida lawsuit will resolve numerous issues of law and fact that are also presented in this action." ECF No. 27, p. 1. Because the parties have agreed to be bound by the Florida court's rulings and any findings of fact by the jury at trial, the parties maintain that "a stay will promote the efficient resolution of [the instant] case and will avoid the risk of inconsistent rulings from different courts." ECF No. 27, p. 1.

Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, the motion (ECF No. 27) is **GRANTED**. Within two weeks of the resolution of the Florida litigation, the parties shall file with the Court a Joint Status Report that includes the identification of any issues remaining to be resolved and a proposed schedule for the trial of these issues.

**IT IS SO ORDERED**, this 16th day of April, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge